C. Griffith Towle, State Bar No. 146401
  gtowle@bzbm.com
Sony B. Barari, State Bar No. 243379
  sbarari@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Defendants
FRANLOGIC SCOUT DEVELOPMENT, LLC,
ED SAMANE, LISA KORNSTEIN, HOWARD SOLOWAY,
and STEVE PRUITT

Peter A. Singler, State Bar No. 153922
Theo S. Arnold, State Bar No. 279862
Nathan Verbiscar-Brown, State Bar No. 286377
SINGLER PROFESSIONAL LAW CORPORATION
127 S. Main Street
Sebastopol, California 95472
Telephone:  (707) 823-8719
Facsimile:   (707) 823-8737

Attorneys for Plaintiff
SCOTT HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT HOLDINGS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANLOGIC SCOUT DEVELOPMENT, LLC, a Pennsylvania limited liability company; ED SAMANE; LISA KORNSTEIN; HOWARD SOLOWAY; STEVE PRUITT; and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 3:16-CV-5317-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Chief Magistrate Judge Joseph C. Spero<br>Courtroom G – 15th Floor |

This Stipulation is entered into by and among Plaintiff Scott Holdings, Inc. ("Plaintiff" or "Scott Holdings") and Defendants Franlogic Scout Development, LLC ("Franlogic"), Ed Samane,

-1-

Lisa Kornstein, Howard Soloway, and Steve Pruitt (collectively, "Defendants")(Plaintiff and Defendants, collectively "the Parties"), by and through their respective counsel.

WHEREAS, at the initial Case Management Conference on December 16, 2016, the Court referred the Parties to ADR for mediation to occur within ninety days;

WHEREAS, on February 6, 2017, counsel for the Parties met with the assigned mediator, Tom Cohen, telephonically. At that meeting, the Parties discussed the concurrent litigation proceeding in the Eastern District of Pennsylvania (the "Pennsylvania Action"). Plaintiff had filed a Motion to Dismiss that action and oral argument was to be heard on February 7, 2017. In light of the substantial impact resolution of the Pennsylvania Action would have on the instant proceedings, the Parties agreed to delay mediation until a ruling was issued on the Motion to Dismiss;

WHEREAS, on February 7, 2017, the court in the Pennsylvania Action heard oral argument and ordered the Parties to each file a supplemental brief addressing certain issues that had been raised at argument. The Parties' briefs were filed on February 15, 2017, but as of this writing no ruling has been issued;

WHEREAS, on May 18, 2017, counsel for Plaintiff was informed by Plaintiff's local counsel in the Pennsylvania Action that the court there had requested a transcript of the oral arguments. Although it is presently unknown when the parties will receive a ruling in the Pennsylvania Action, the parties anticipate that a ruling is forthcoming;

WHEREAS, a Case Management Conference is currently set for June 16, 2017, with a Case Management Statement due from the Parties on June 9, 2017;

WHEREAS, the Parties agree that a 90-day continuance of the Case Management Conference will permit more efficient case management, will serve the interests of judicial economy, and will conserve the resources of the Parties and the Court;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. The June 16, 2017 Case Management Conference shall be taken off calendar, and rescheduled approximately ninety (90) days later on September 15, 2017, or another date that is convenient for the Court.

2. The deadline to file a Case Management Statement shall be continued to seven (7) days prior to the new date for the Case Management Conference.

**IT IS SO STIPULATED.**

DATED: June 8, 2017.

                        BARTKO, ZANKEL, BUNZEL & MILLER
                        A Professional Law Corporation

                        By: */s/ C. Griffith Towle*
                              C. Griffith Towle / Sony B. Barari
                                  Attorneys for Defendants
                        FRANLOGIC SCOUT DEVELOPMENT, LLC,
                        ED SAMANE, LISA KORNSTEIN, HOWARD
                             SOLOWAY, and STEVE PRUITT

DATED: June 8, 2017.

                        SINGLER PROFESSIONAL LAW CORPORATION

                        By: */s/ Nathan Verbiscar-Brown*
                                Nathan Verbiscar-Brown
                                  Attorneys for Plaintiff
                                  SCOTT HOLDINGS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 9, 2017

                              THE HONORABLE JOSEPH C. SPERO
                              CHIEF MAGISTRATE JUDGE